Jaspan Schlesinger LLP
*Co-Counsel for W Financial Fund, LP*
*and BRT Realty Trust*
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Lisa M. Golden, Esq. (lmg / 2148)
lgolden@jaspanllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

20 BAYARD VIEWS, LLC,

**Chapter 11**

**Case No. 09-50723 (ESS)**

                              Debtors.
_____X
20 BAYARD VIEWS, LLC,

              Plaintiff,

       -against-

**Adv. Pro. No. 10-01112 (ESS)**

W FINANCIAL FUND, LP and BRT
REALTY TRUST,

              Defendants.
----------------------------------------------------------X

## <u>NOTICE OF APPEARANCE and REQUEST FOR SERVICE OF PLEADINGS</u>

       **PLEASE TAKE NOTICE** that Jaspan Schlesinger LLP hereby appears as co-counsel to

W Financial Fund, LP and BRT Realty Trust in the above-referenced matter, and pursuant to 11

U.S.C. Section 1109 and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure, demands that all notices that are required to be given and all pleadings and orders that

are required to be served in this case, be served at the address listed below:

RC/D708788/M#999999

Lisa M. Golden, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530
Telephone: (516) 746-8000
Facsimile: (516) 393-8282
E-Mail: lgolden@jaspanllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above captioned Debtors' property in its possession, custody or control or the administration of the Debtors' bankruptcy case.

Dated: Garden City, New York
June 11, 2010

JASPAN SCHLESINGER LLP
*Co-Counsel for* W Financial Fund, LP
*And BRT Realty Trust*


By:     /s/ Lisa M. Golden_____
Lisa M. Golden, Esq. (lmg/2148)
300 Garden City Plaza
Garden City, New York 11530
(516) 746-800

T0:     **Leslie A Berkoff**
        Moritt Hock Hamroff Horowitz
        400 Garden City Plaza
        Suite 202
        Garden City, NY 11530
        (516) 873-2000
        Fax : (516) 873-2010
        Email: lberkoff@moritthock.com